UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE ARANSAS PROJECT, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:10-CV-75 |
| | § | |
| BRYAN SHAW, *et al*, | § § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Verdict of the Court, (D.E. 354), the Court enters judgment in favor Plaintiff, The Aransas Project.

SIGNED and ORDERED this 12th day of March, 2013.

_____
Janis Graham Jack
Senior United States District Judge